| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  |
|---|---|---|
| MARIA DE LA CRUZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:23-CV-444 |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On June 23, 2025, Plaintiff filed a Notice of Dismissal (#25), citing Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) states that the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Here, however, Defendant filed its Original Answer (#5) in state court on December 4, 2023. The court therefore construes Plaintiff's Notice of Dismissal as a Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(2). Because no objection has been filed, and an appropriate amount of time to do so has elapsed, Plaintiff's Motion to Dismiss is hereby granted. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 18th day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE